UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

ANGEL RODRIGUEZ,

                              Plaintiff,          Case No.   1:21-cv-1623-ARR-JRC

        - against -

ZIPONGO, INC. d/b/a Foodsmart,                    **NOTICE OF SETTLEMENT**

                              Defendant.
---------------------------------------------------------X

        Now comes the Plaintiff, Angel Rodriguez, by and through counsel, to provide

notice to the Court that the present case has been settled between the parties, and states:

        1.   The parties have reached an agreement and a settlement agreement

("Agreement") enforceable by the court is in the process of being finalized.  Once the Agreement

is fully executed, and the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary

Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

        2.   The parties respectfully request that the Court stay this case and adjourn all

deadlines and conferences.

        3.   We respectfully request the Court provide that the parties may seek to reopen

the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
        June 18, 2021

                                        SHAKED LAW GOUP, P.C.
                                        Attorneys for Plaintiff

                              By:  _/s/Dan Shaked_____
                                   Dan Shaked, Esq.
                                   14 Harwood Court, Suite 415
                                   Scarsdale, NY 10583
                                   Tel. (917) 373-9128
                                   e-mail: ShakedLawGroup@Gmail.com