D\F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANGEL RODRIGUEZ,

                                  Plaintiff,          Case No.  1:21-cv-1623-ARR-JRC

           - against -

ZIPONGO, INC. d/b/a Foodsmart,                    **NOTICE OF SETTLEMENT**

                                Defendant.
-----------------------------------------------------------X

Now comes the Plaintiff, Angel Rodriguez, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

1. The parties have reached an agreement and a settlement agreement ("Agreement") enforceable by the court is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
        June 18, 2021

*[Handwritten: ORDERED that the captioned case is closed without prejudice to reopening within 45 days if the settlement is not consummated.]*

*[Handwritten signature: /s/(ARR) US DJ 6/22/21]*

                                                 SHAKED LAW GOUP, P.C.
                                                 Attorneys for Plaintiff

                                                 By: */s/Dan Shaked*
                                                 Dan Shaked, Esq.
                                                 14 Harwood Court, Suite 415
                                                 Scarsdale, NY 10583
                                                 Tel. (917) 373-9128
                                                 e-mail: ShakedLawGroup@Gmail.com